2-3-03   CS
date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
==================================================

U.S. DISTRICT COURT — N.D. OF N.Y.
FILED
FEB -3 2003
AT_____O'CLOCK
Lawrence K. Baerman, Clerk — Binghamton

RONALD SORENSON, also known as Ron James,

Plaintiff,

-v.-                                            1:02-CV-1536
                                                (TJM)(RFT)

STATE OF NEW YORK; NYS ASSEMBLY; NEW
YORK STATE SENATE,

                              Defendants.
==================================================

APPEARANCES:

RONALD SORENSON a/k/a Ron James
Plaintiff, *pro se*
142A Van Courtland Park South
Bronx, New York 10463

THOMAS J. MCAVOY, JUDGE

## DECISION AND ORDER

Presently before the Court is an amended complaint filed by Ronald Sorenson, a/k/a/ Ron James ("plaintiff" or "Sorenson"). *See* docket no. 3. This complaint was submitted by Sorenson in compliance with the Order issued by this Court on December 27, 2002. Docket no. 2 ("December Order"). Plaintiff has also filed a request for class certification. Docket no. 3.

In its December Order, this Court advised plaintiff that federal courts cannot rule on the constitutionality of a statute unless a pending dispute requires that the court reach that determination to resolve the suit. *U.S. v. Raines*, 362 U.S. 17, 20 (1960); *see also St. Martin's Press v. Carey*, 605 F.2d 41 (2d Cir. 1979). In other words, a federal court does not have jurisdiction to hear an action which merely seeks the Court to declare a statute unconstitutional. However, if, in the course of deciding a case, a

court must address whether a law violates the constitution that court may do so. *Id.*

In his amended complaint, Sorenson claims that a new law relating to the classification and registration of exotic animals is unjust. While plaintiff claims that this legislation is unfair, he does not allege the existence of any pending case or dispute regarding this legislation.

Sorenson is seeking an order of this Court declaring a new law relating to exotic animals unconstitutional. Because there is no actual case which requires this determination to be made, the Court does not have jurisdiction to entertain such a constitutional challenge. Therefore, plaintiff's action is dismissed.

Since the complaint is dismissed, plaintiff's motion for class certification is denied.

WHEREFORE, it is hereby

ORDERED, that this action is **dismissed**, and it is further

ORDERED, that plaintiff's motion for class certification (docket no. 3) is also denied, and it is further

ORDERED, that plaintiff immediately serve a copy of this Order on any party whom plaintiff has served or attempted to serve with process in this action, and it is further

ORDERED, that the Clerk serve a copy of this Order on the plaintiff by regular mail.

IT IS SO ORDERED.

Dated: Feb. 2            , 2003

Thomas J. McAvoy
U.S. District Judge